IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONALD ERIC PIPPIN,        ) | |
|     )  | |
|     Plaintiff,        ) | |
|     )  | CIVIL ACTION NO. |
|     v.        ) | 2:03cv747-T |
|     )  | (WO) |
| PAUL WHALEY, II, Alabama   ) | |
| Department of Corrections  ) | |
| Central Records Director   ) | |
| et al.,        ) | |
|     )  | |
|     Defendants.        ) | |

**OPINION**

Pursuant to 42 U.S.C.A. § 1983, plaintiff, a state inmate, filed this lawsuit challenging his classification. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the

**court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.**

**An appropriate judgment will be entered.**

**DONE, this the 23rd day of August, 2005.**

<u>  /s/ Myron H. Thompson  </u>
**UNITED STATES DISTRICT JUDGE**