IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DONALD ERIC PIPPIN,            )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:03cv747-T
                               )           (WO)
PAUL WHALEY, II, Alabama       )
Department of Corrections      )
Central Records Director       )
et al.,                        )
                               )
    Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (Doc. No. 23) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 22) is adopted.

(3) Defendants' motions for summary judgment (Doc. Nos. 8 & 13) are granted.

**(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.**

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of August, 2005.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**